# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KEITH FALGOUT, INDIVIDUALLY
AND DERIVATIVELY ON BEHALF
OF K&R HEATING & AIR
CONDITIONING, LLC

VERSUS

RONNIE BUQUET, RONNIE'S
HEATING AND AIR LLC, AND K&R
HEATING & AIR CONDITIONING,
LLC

NO.  2025 CW 0969

**DECEMBER 30, 2025**

---

In Re:    Ronnie  Buquet  and  Ronnie's  Heating  and  Air,  LLC,
          applying for supervisory writs, 32nd Judicial District
          Court, Parish of Terrebonne, No. 197388 c/w 198083 &
          198719.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.**

                         WIL
                         EW
                         CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT